# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARIO ANTONIO LEMUS,<br><br>　　　　　　　　Petitioner,<br>v.<br>TIMOTHY GARRETT, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:21-cv-00425-RCJ-CLB<br><br>**ORDER** |

　　　Respondents seek an extension of time to file their response to Petitioner Mario Antonio Lemus's petition for writ of habeas corpus. (ECF No. 14.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

　　　It is therefore ordered that Respondents' first motion for enlargement of time (ECF No. 14) is granted. Respondents have until March 31, 2023, to file their response.

　　　DATED this __1st__ day of February 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE