# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARIO ANTONIO LEMUS,<br><br>　　　　　　　Petitioner,<br>v.<br>TIMOTHY GARRETT, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:21-cv-00425-RCJ-CLB<br><br>**ORDER** |

　　　Respondents seek an extension of time to file their response to Petitioner Mario Antonio Lemus's petition for writ of habeas corpus. (ECF No. 17.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

　　　It is therefore ordered that Respondents' second motion for enlargement of time (ECF No. 17) is granted. Respondents have until May 15, 2023, to file their response.

　　　DATED this __6th____ day of April 2023.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE