# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIO ANTONIO LEMUS,<br><br>　　　　　　　　　Petitioner,<br>v.<br><br>TIMOTHY GARRETT, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:21-cv-00425-RCJ-CLB<br><br>**ORDER** |

Respondents seek an extension of time to file their response to Petitioner Mario Antonio Lemus's petition for writ of habeas corpus. (ECF No. 20.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

It is therefore ordered that Respondents' third motion for enlargement of time (ECF No. 20) is granted. Respondents have until June 19, 2023, to file their response.

DATED this ___8th__ day of May 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE