1

2

3 **UNITED STATES DISTRICT COURT**

4 **DISTRICT OF NEVADA**

5 MARIO ANTONIO LEMUS,                    Case No. 3:21-cv-00425-RCJ-CLB

6                          Petitioner,

   v.                                      **ORDER**
7
   TIMOTHY GARRETT, *et al*.,
8
                         Respondents.
9

10       Petitioner Mario Antonio Lemus seeks an extension of time to file his first amended

11 petition for writ of habeas corpus. (ECF No. 35.) The Court finds that the request is made in good

12 faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

13       It is therefore ordered that Petitioner's first unopposed motion for enlargement of time

14 (ECF No. 35) is granted. Petitioner has until May 29, 2024, to file his first amended petition.

15       DATED this ___10th___ day of April 2024.

16

17 _____

18 ROBERT C. JONES
   UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

1