UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARIO ANTONIO LEMUS, | Case No. 3:21-cv-00425-MMD-CLB |
| Petitioner, | |
| v. | ORDER |
| TIMOTHY GARRETT, *et al.*, | |
| Respondents. | |

Petitioner Mario Antonio Lemus seeks an extension of time to file his first amended petition for writ of habeas corpus. (ECF No. 39.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed second motion for enlargement of time (ECF No. 39) is granted. Petitioner has until August 27, 2024, to file his first amended petition.

DATED this 5th Day of June 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE