UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARIO ANTONIO LEMUS,<br><br>                           Petitioner,<br>    v.<br><br>TIMOTHY GARRETT, *et al.*,<br><br>                           Respondents. | Case No. 3:21-cv-00425-MMD-CLB<br><br>ORDER |

Respondents seek an extension of time to file a response to Petitioner's first amended petition for writ of habeas corpus. (ECF No. 43 ("Motion").) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the Motion.

It is therefore ordered that Respondents' unopposed first motion for enlargement of time (ECF No. 43) is granted. Respondents have until January 27, 2025, to file their response.

DATED this 21st Day of November 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE