# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARIO ANTONIO LEMUS, | Case No. 3:21-cv-00425-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| TIMOTHY GARRETT, *et al.*, | |
| Respondents. | |

In this habeas corpus action, Petitioner requests a 60-day extension of time to file an opposition to Respondents' motion to dismiss the first amended petition. (ECF No. 46.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's Unopposed Motion for Extension of Time to File Opposition to Motion to Dismiss (ECF No. 46) is granted. Petitioner has until April 11, 2025, to file an opposition to the motion to dismiss the first amended petition.

DATED THIS 11th Day of February 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE