UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARIO ANTONIO LEMUS,<br><br>　　　　　Petitioner,<br>v.<br><br>TIMOTHY GARRETT, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:21-cv-00425-MMD-CLB<br><br>ORDER |

Petitioner Mario Antonio Lemus seeks an extension of time to file his opposition to Respondents' motion to dismiss. (ECF No. 48 ("Motion").) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the Motion.

It is therefore ordered that Petitioner's unopposed second motion for enlargement of time (ECF No. 48) is granted. Petitioner has until June 10, 2025, to file his opposition. Petitioner is advised that a third request for extension of time—even if unopposed—will be carefully scrutinized for good cause.

DATED this 6th Day of May, 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE