UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARIO ANTONIO LEMUS,<br><br>Petitioner,<br><br>v.<br><br>TIMOTHY GARRETT, *et al*.,<br><br>Respondents. | Case No. 3:21-cv-00425-MMD-CLB<br><br>ORDER |

Respondents seek an extension of time to file their reply in support of their motion to dismiss. (ECF No. 51 ("Motion").) The Court finds that the request is made in good faith and not solely for the purpose of delay, and that good cause exists to grant the Motion.

Habeas actions are civil actions under federal practice and are subject to the reporting requirements of the Civil Justice Reform Act of 1990 ("CJRA"), 28 U.S.C. § 471, *et seq.*[1] Given the age of this case, Respondents will have a final extension to file their reply. Given the Court's case management responsibilities under the CJRA, moving forward counsel will be required to prioritize the briefing of the motion to dismiss in this case over later-filed matters.

It is therefore ordered that Respondents' first motion for enlargement of time (ECF No. 51) is granted. Respondents have until August 15, 2025, to file their reply.

DATED THIS 2nd Day of July 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] The CJRA provides that each United States District Court must develop a civil justice expense and delay reduction plan to facilitate the deliberate adjudication of civil cases on the merits, monitor and improve litigation management, and reduce cost and delay. *See also* Fed. R. Civ. P. 1. The CJRA mandates the early and on-going judicial management of case progress. *See* 28 U.S.C. § 473(a).