# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARIO ANTONIO LEMUS,<br><br>Petitioner,<br>v.<br>TIMOTHY GARRETT, *et al.*,<br><br>Respondents. | Case No. 3:21-cv-00425-MMD-CLB<br><br>ORDER |

Respondents seek an extension of time to file their reply in support of their motion to dismiss. (ECF No. 53. ("Motion").) The Court finds that the request is made in good faith and not solely for the purpose of delay, and, therefore, good cause exists to grant the Motion in part.

Given the Court's case management responsibilities under the CJRA,[1] Respondent must file their reply no later than September 15, 2025 to allow the Court to address the Motion by the end of September 2025. This is the final extension. Moving forward, counsel will be required to prioritize the briefing of the motion to dismiss in this case over later-filed matters.

///
///
///
///

---

[1] Habeas actions are civil actions under federal practice and are subject to the reporting requirements of the Civil Justice Reform Act of 1990 ("CJRA"), 28 U.S.C. § 471, *et seq.* The CJRA provides that each United States District Court must develop a civil justice expense and delay reduction plan to facilitate the deliberate adjudication of civil cases on the merits, monitor and improve litigation management, and reduce cost and delay. *See also* Fed. R. Civ. P. 1. The CJRA mandates the early and ongoing judicial management of case progress. 28 U.S.C. § 473(a).

It is therefore ordered that Respondents' second motion for enlargement of time (ECF No. 53) is granted. Respondents have until September 15, 2025 to file their reply. No further extension of time will be granted.

DATED THIS 20th Day of August 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE