UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MARIO ANTONIO LEMUS,<br><br>　　　　　　　Petitioner,<br>v.<br>TIMOTHY GARRETT, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:21-cv-00425-MMD-CLB<br><br>ORDER |

Petitioner Mario Antonio Lemus seeks an extension of time to respond to the Court's order dismissing, in part, certain claims asserted in his first amended petition. (ECF Nos. 57, 58.) The Court finds that the requests are made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motions.

It is therefore ordered that Petitioner's unopposed first motion for enlargement of time (ECF No. 57) is granted *nunc pro tunc*.

It is further ordered that Petitioner's unopposed second motion for enlargement of time (ECF No. 58) is also granted *nunc pro tunc*.

Petitioner has until December 19, 2025 to file his response.

DATED this 20th Day of November, 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE