UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MARIO ANTONIO LEMUS,

Petitioner,

v.

TIMOTHY GARRETT, *et al.*,

Respondents.

Case No.: 3:21-cv-00425-MMD-CLB

ORDER

This habeas matter comes before the Court on Petitioner Mario Antonio Lemus's Notice to Court of Petitioner's Formal Declaration of Abandonment (ECF No. 60 ("Notice")). Also before the Court is Respondents' Motion to Extend Time (ECF No. 61).

On September 19, 2025, the Court found the petition in this action to be mixed, containing both exhausted and unexhausted claims. (ECF No. 56.) The Court informed Petitioner of his three options: (1) file a motion to dismiss seeking partial dismissal of only the unexhausted claims; (2) file a motion to dismiss the entire petition without prejudice in order to return to state court to exhaust the unexhausted claims; and/or (3) file a motion for other appropriate relief, such as a motion for a stay and abeyance asking the Court to hold his exhausted claims in abeyance while he returns to state court to exhaust the unexhausted claims. (*Id.*)

Petitioner filed the Notice informing the Court of his intent to dismiss his unexhausted claims and pursue his remaining claims. (ECF No. 60.) As no opposition has been filed by Respondents and the time for doing so has expired, it is therefore ordered that Grounds 1 and 5a[1] are dismissed without prejudice as unexhausted and as Petitioner requested.

It is further ordered that Respondents' unopposed first motion for enlargement of

---

[1]The Court already dismissed Ground 5(b) as untimely. (ECF No. 56 at 9.)

time (ECF No. 61) is granted. Respondents have until April 10, 2026 to file and serve their answer to the first amended petition.

It is further ordered that Petitioner will have 30 days following service of the answer to file and serve a reply brief.

It is further ordered that, in the answer, Respondents must specifically cite to and address the applicable state court written decision and state court record materials, if any, regarding each claim within the response as to that claim.

It is further ordered that any additional state court record and related exhibits must be filed in accordance with LR IA 10-3, LR IC 2-2, and LSR 3-3 and include a separate index identifying each additional exhibit by number or letter. The index must be filed in CM/ECF's document upload screen as the base document to receive the base docket number (*e.g.*, ECF No. 10). Each exhibit will then be filed as "attachments" to the base document—the index—to receive a sequenced sub-docket number (*e.g.*, Exhibit A (ECF No. 10-1), Exhibit B (ECF No. 10-2), Exhibit C (ECF No. 10-3), and so forth). If the exhibits will span more than one filing, the base document in each successive filing must be either a copy of the index or volume cover page. *See* LR IC 2-2(a)(3)(A).

It is further ordered that, notwithstanding LR IC 2-2(g), paper copies of any electronically filed exhibits—for this case—need not be provided to chambers or to the staff attorney unless later directed by the Court.

DATED THIS 27th Day of March 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2