UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

MARIO ANTONIO LEMUS,

               Petitioner,

v.

TIMOTHY GARRETT, *et al.*,

               Respondents.

Case No. 3:21-cv-00425-MMD-CLB

ORDER

Petitioner Mario Antonio Lemus seeks an extension of time to file his reply. (ECF No. 64.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed first motion for enlargement of time (ECF No. 64) is granted. Petitioner has until July 10, 2026, to file his reply.

DATED this 22nd Day of May, 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE