UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| MARIO ANTONIO LEMUS,<br>Petitioner,<br>v.<br>TIMOTHY GARRETT, *et al.*,<br>Respondents. | Case No. 3:21-cv-00425-MMD-CLB<br><br>ORDER |

Petitioner Mario Antonio Lemus seeks an extension of time to file his reply. (ECF No. 67.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed second motion for enlargement of time (ECF No. 67) is granted. Petitioner has until September 8, 2026 to file his reply.

DATED this 24th Day of August 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE